AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

PATRICK J. MCGUCKIN and
CAROL A. JOHNSON

V.

UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV. 7042**

JUDGE CONNER

ECF CASE

TO: (Name and address of Defendant)

UNITED STATES OF AMERICA
U.S. ATTORNEY, S.D.N.Y
300 Quarropas Street
White Plains, NY 10601

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SCARCELLA LAW OFFICES
M. Sean Duffy, Esq. (MD7307)
44 Church Street
White Plains, NY 10601

U.S ATTORNEY
FOR THE S.D.N.Y.
AUG 07 2007
RECEIVED
WHITE PLAINS OFFICE

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon      CLERK

CLERK

(By) DEPUTY CLERK

AUG - 7 2007

DATE