AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE August 7, 2007 |
| NAME OF SERVER (PRINT) M. Sean Duffy | TITLE Attorney (MD7307) |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Room 303, 300 Quarropas St, White Plains, NY 10601. US Attorney, SDNY Court Security Officer J. Sansky

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   August 7, 2007   [Signature of Server]
              Date

Address of Server: Scarcella Law Office
44 Church St
White Plains, NY 10601
(M. Sean Duffy, Esq.)

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.