SEP. 26. 2007 4:54PM   SCARCELLA/RABIN PANE   NO. 9659212 P. 2/302

**ORIGINAL**

Conner, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - x
PATRICK J. McGUCKIN, *et al.*,

              Plaintiffs,

    -against-

UNITED STATES OF AMERICA,

              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - x

07 Civ. 07042(WCC)

ECF CASE

STIPULATION & ORDER
*extending time*

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the time for defendant to answer, move, or otherwise respond to the Complaint is hereby extended by 45 days from October 6, 2007, to November 20, 2007.

Dated: White Plains, New York
       September 26, 2007

                                THE SCARCELLA LAW OFFICES
                                *Attorneys for Plaintiffs*

                            By: _____
                                MICHAEL SEAN DUFFY, ESQ. MD 7307
                                44 Church Street, Suite 150,
                                White Plains, NY 10601
                                Tel: (914) 682-1400

Dated: New York, New York
       September 26, 2007

                                MICHAEL J. GARCIA
                                United States Attorney for the
                                Southern District of New York
                                *Attorney for Defendant*

                            By: _____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

SEP-26-2007 16:08                                        96%               P.02

E-
COPIES MAILED TO COUNSEL OF RECORD for π's
+ MAILED TO Δ's COUNSEL

LI YU (LY-2761)
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel: (212) 637-2734

SO ORDERED:

*William C. Conner*

WILLIAM C. CONNER
UNITED STATES DISTRICT JUDGE

dated: White Plains, NY
Sept. 28, 2007