**CERTIFICATE OF SERVICE**

      I, Li Yu, an Assistant United States Attorney for the Southern District of New York, hereby certify that, on November 19, 2007, I caused a copy of the foregoing Answer in *Patrick A. McGuckin, et. al. v. United States of America*, 07 Civ. 7042 (WCC)(MDF) to be served, by Federal Express, upon counsel for plaintiffs at:

      Michael Sean Duffy, ESQ.
      The Scarcella Law Offices,
      44 Church Street, Suite 150,
      White Plains, NY 10601


Dated:  New York, New York
           November 19, 2007


                                              s/ Li Yu
                                              LI  YU
                                              Assistant United States Attorney